UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SISCO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV1225 JCH |
| ) | |
| RENAISSANCE HOTEL ) | |
| MANAGEMENT COMPANY, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF REMAND

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of the City of St. Louis, State of Missouri.

Dated this  16th  day of August, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE